| Law Offices of Travis Gagnier, Inc., P.S. | Judge Christopher M. Alston |
|---|---|
| 33507 Ninth Avenue South, Bldg. F | CHAPTER 13 |
| P.O. Box 3949 | Hearing Date: September 26, 2019 |
| Federal Way, WA 98063-3949 | Hearing Time: 9:30 a.m. |
| (253) 941-0234; gagnierecf@bestbk.com | Response Date: September 19, 2019 |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| IN RE: | NO. 19-11948 |
|---|---|
| PERSSON, Stefan Rutger, | MOTION FOR CONFIRMATION OF CHAPTER 13 PLAN, NOTICE OF HEARING and PROOF OF SERVICE |
| Debtor. | |

## NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED that the following motion will be heard before Judge Christopher M. Alston, Courtroom 7206, 700 Stewart St., Seattle, WA 98101, on September 26, 2019, at the hour of 9:30 a.m. or as soon thereafter as the Court may direct, at which time you may appear and offer your evidence as to why the motion should not be granted. IF IT IS YOUR INTENTION TO BE HEARD IN THIS MATTER, YOU MUST GIVE WRITTEN RESPONSE TO THE COURT, 700 STEWART ST., ROOM 7206, SEATTLE, WA 98101 AND TO DEBTOR'S ATTORNEY, TRAVIS A. GAGNIER, PO BOX 3949, FEDERAL WAY, WA 98063, no later than September 19, 2019, or the order may be entered without a hearing taking place.

DATED this 9th day of August 2019, in Federal Way, Washington.

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379

## MOTION TO CONFIRM

COMES NOW, the Debtor, by and through his attorney, Travis A. Gagnier, and moves the court for confirmation of Debtor's First Amended Chapter 13 Plan, a copy of which is attached hereto. Appropriate notice has been given to creditors.

MOTION TO CONFIRM PLAN, NOTICE OF HEARING and
PROOF OF SERVICE - 1

TRAVIS A. GAGNIER
Attorney at Law
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234 / (253) 941-0476 facsimile

1. The debtor requests that the First Amended plan dated August 7, 2019 ("New Plan") be confirmed in place of the last plan filed in this case dated June 7, 2019 ("Present Plan"). No plan has been confirmed in this case previously.

2. Below, in table form, is a comparison of the two Plans.

|  | Present Plan | New Plan |
|---|---|---|
| Plan Payment | N/A | $6,300 per month |
| Commitment Period | 36 months | 60 months |
| Secured Claims | IV.C.1. Bank of America (Mortgage)<br><br>VII.B. Ditech $1,346.78 per month (Mortgage) | IV.C.1. Bank of America $4,754.348 per month (Mortgage)<br><br>IV.C.1. Bank of America $1,000 per month (Mortgage arrears)<br><br>IV.C.3.a. Genesee Energy $100 per month (Furnace) |
| Unsecured Claims | 100% | 100% |
| Other: | N/A | X.5. Debtor shall work to refinance or sell the property at 2666 37th Ave SW, Seattle, WA, on or before December 31, 2020, to pay Bank of America and Genesis Credit in full.<br><br>X.6. Upon the refinance or sale of the home, Debtor shall file an amended plan to pay the IRS priority claim and remaining liquidation value prior to discharge. |

3. Basis for requesting the amendment: Debtor filed his case without the help of an attorney on May 23, 2019. Debtor has now obtained counsel to help with filing the correct documents. The New Plan proposes to make ongoing, post-petition mortgage payments and to pay $1,000.00/mo on the mortgage arrears until the debtor sells the property by the end of December 2020. There is substantial equity in the home. The plan will pay 100% to creditors. The case is complicated by

MOTION TO CONFIRM PLAN, NOTICE OF HEARING and
PROOF OF SERVICE - 2

TRAVIS A. GAGNIER
Attorney at Law
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234 / (253) 941-0476 facsimile

Case 19-11948-CMA    Doc 35    Filed 08/12/19    Ent. 08/12/19 10:18:33    Pg. 2 of 6

Debtor's spouse's case, but her case should discharge before this case is set to confirm making funds available to fund this plan. The New Plan's payments to the mortgage creditor will more than adequately protect it during the timeframe leading up to sale, actually pay down some of the arrears before then.

4. The plan complies with all applicable laws and rules, is feasible, is proposed in good faith and is in the best interests of the estate and all creditors in this case.

WHEREFORE, Debtor requests the following:

A. That the First Amended Plan dated August 9, 2019, be confirmed.

Respectfully submitted this 9th day of August 2019.

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Attorney for Debtor

**PROOF OF SERVICE**

I declare under penalty of perjury under the laws of the State of Washington that I filed the original of the foregoing with the United States Bankruptcy Court at Seattle and served a true copy thereof to:

| Judge Christopher M. Alston | Jason Wilson-Aguilar | U.S. Trustee |
|---|---|---|
| U.S. Bankruptcy Court | Chapter 13 Trustee | |

via ECF, and to:

Debtor    All Creditors on the attached mailing matrix

via U.S. first-class mail, postage pre-paid, on the 12th day of August 2019.

/s/ Jennifer Roberts
Jennifer Roberts
Sr. Paralegal

MOTION TO CONFIRM PLAN, NOTICE OF HEARING and PROOF OF SERVICE - 3

TRAVIS A. GAGNIER
Attorney at Law
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234 / (253) 941-0476 facsimile

Case 19-11948-CMA    Doc 35    Filed 08/12/19    Ent. 08/12/19 10:18:33    Pg. 3 of 6

```
Label Matrix for local noticing          2005 Residential Trust 3-2              Alliance One
0981-2                                   c/o Singer Law Group                    PO Box 11642
Case 19-11948-CMA                        2 Park Plz Ste 870                      Tacoma WA 98411-6642
Western District of Washington           Irvine, CA 92614-3519
Seattle
Mon Aug 12 10:14:25 PDT 2019

Alliance One                             Ally Bank                               Ally Bank Customer Care
PO Box 2449                              PO Box 951                              Po Box 951
Gig Harbor, WA 98335-4449                Philadelphia PA 19105-0951              Philadelphia, PA 19105-0951


(p)BANK OF AMERICA                       Bank of America                         Cap1/mgnol
PO BOX 982238                            PO Box 31785                            Capital One Retail Srvs/Attn: Bankruptcy
EL PASO TX 79998-2238                    Tampa FL 33631-3785                     Po Box 30258
                                                                                 Salt Lake City UT 84130-0258


Cap1/mgnol                               CitiBank                                (p)CITIBANK
Po Box 703                               PO Box 790034                           PO BOX 790034
Wood Dale IL 60191-0703                  Saint Louis MO 63179-0034               ST LOUIS MO 63179-0034


DEPARTMENT OF REVENUE                    DEPARTMENT OF REVENUE                   Deutsche Bank National Trust Company
ATTN: BANKRUPTCY UNIT                    PO BOX 47464                            c/o Bank of America, N.A.
2101 4TH AVE #1400                       Olympia WA 98504-7464                   PO BOX 31785
SEATTLE WA 98121-2300                                                            Tampa, FL 33631-3785


Deutsche Bank National Trust Company, as Tru   FCI Lender Services               Travis A Gagnier
c/o McCarthy & Holthus, LLP              PO Box 27370                            Law Offices of Travis Gagnier, Inc., PS
108 1st Avenue South, Ste. 300           Anaheim CA 92809-0112                   33507 9th Ave S Bldg F
Seattle, WA 98104-2104                                                           PO Box 3949
                                                                                 Federal Way, WA 98063-3949


Genesee Energy                           INTERNAL REVENUE SERVICE                Internal Revenue Service
3616 S Genesee St                        CENTRALIZED INSOLVENCY OPERTAT          Po Box 7346
Seattle WA 98118-1362                    PO BOX 7346                             Philadelphia, PA 19101-7346
                                         Philadelphia PA 19101-7346


KING COUNTY TREASURY                     Lisa K. Persson                         MCCARTHY & HOLTHUS
500 FOURTH AVE  ROOM 600                 2666 37th Ave SW                        108 1ST AVENUE SOUTH, STE 300
SEATTLE WA 98104-2387                    Seattle WA 98126-2107                   Seattle WA 98104-2104


Lance E Olsen                            PCI Lender Services, Inc.               POLYCLINIC
 McCarthy & Holthus, LLP                 Po Box 27370                            PO BOX 22476
108 First Avenue South, Suite 300        Anaheim, CA 92809-0112                  SEATTLE WA 98122-0476
Suite 400
Seattle, WA 98104-2104


POLYCLINIC                               PROLIANCE SURGEIONS                     PUGET SOUND ENERGY
PO BOX 34625                             PO BOX 35003                            PAYMENT PROCESSING GEN-02W
Seattle WA 98124-1625                    Seattle WA 98124-3403                   PO BOX 91269
                                                                                 BELLEVUE WA 98009-9269
```

| | | |
|---|---|---|
| PUGET SOUND ENERGY<br>PO BOX 97034<br>Bellevue WA 98009-9734 | Pediatrix<br>PO Box 88087<br>Chicago IL 60680-1087 | Pediatrix Medical Group<br>PO Box 120153<br>Holland OH 43528-0103 |
| Stefan Persson<br>2666 37th Ave SW<br>Seattle, WA 98126-2107 | Proliance Surgeons<br>1101 Madison St Ste 950<br>Seattle, WA 98104-3592 | Proliance Surgeons, Inc PS<br>Po Box 35003<br>Seattle, WA 98124-3403 |
| Puget Sound Energy<br>Po Box 91269<br>Bellevue, WA 98009-9269 | Puget Sound Energy<br>Vendor Collections Department -BOT-02G<br>PO Box 97034<br>Bellevue, WA 98009-9734 | QUALITY LOAN SERVICE CORP.<br>108 1ST AVE SOUTH, SUITE 202<br>SEATTLE WA 98104-2538 |
| Quality Loan Service Corp.<br>2763 Camino Del Rio South<br>San Diego CA 92108-3708 | Quality Loan Service Corporation of Washingt<br>c/o Quality Loan Service Corporation<br>411 Ivy St<br>San Diego, CA 92101-2108 | Quality Loan Service, LLC<br>108 1 st Ave S Ste 202<br>Seattle, WA 98104-2538 |
| Seattle City Light<br>PO Box 34023<br>Seattle WA 98124-4023 | Seattle Public Utilities<br>PO Box 34027<br>Seattle WA 98124-4027 | Suttell & Hammer<br>PO Box C-90006<br>Bellevue WA 98009 |
| Suttell & Hammer, PS<br>PO Box C-90006<br>Bellevue, WA 98009 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Unifund<br>10625 Techwoods Circle<br>Cincinnati OH 45242-2846 |
| Unifund CCR Partners<br>10625 Techwoods Cir<br>Blue Ash, OH 45242-2846 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | Washington State Department of Revenue<br>Taxpayer Account Administration<br>PO Box 47476<br>Olympia, WA 98504-7476 |
| Jason Wilson-Aguilar<br>600 University St #1300<br>Seattle, WA 98101-4102 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Attn: Bankruptcy<br>PO Box 982238<br>El Paso, TX 79998-2238 | (d)Bank Of America<br>Attn: Bankruptcy<br>Po Box 982238<br>El Paso TX 79998 | (d)Bank Of America<br>Po Box 982238<br>El Paso TX 79998 |

| | | |
|---|---|---|
| (d)Bank of America<br>Po Box 982238<br>El Paso, TX 79998-2238 | Citibank, NA<br>POB 20507<br>Attn: Centralized Bankruptcy POB 20507<br>Kansas City, MO 64195 | US Bank<br>Attn: Bankruptcy Department<br>Po Box 5229<br>Cincinnati, OH 45201-5229 |
| (d)US Bank<br>PO Box 5229<br>Cincinnati OH 45201-5229 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)2005 Residential Trust 3-2<br>c/o Singer Law Group<br>2 Park Plz, Ste 870<br>Irvine CA 92614-3519 | (u)Courtesy NEF | (d)Pediatrix<br>Po Box 88087<br>Chicago, IL 60680-1087 |
| (d)Pediatrix Medical Group<br>PO Box 120153<br>Holland, OH 43528-0103 | (d)Polyclinic<br>Po Box 22476<br>Seattle, WA 98122-0476 | (d)Polyclinic<br>Po Box 34625<br>Seattle, WA 98124-1625 |
| (d)Proliance Surgeons<br>1101 Madison St, Ste 950<br>Seattle WA 98104-3592 | (d)Seattle City Light<br>Po Box 34023<br>Seattle, WA 98124-4023 | (d)Seattle Public Utilities<br>Po Box 34027<br>Seattle, WA 98124-4027 |
| (d)Jason Wilson-Aguilar<br>600 University St #1300<br>Seattle, WA 98101-4102 | End of Label Matrix<br>Mailable recipients    51<br>Bypassed recipients    10<br>Total                  61 | |